UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

TONY MANNS,                          )
                                     )
        Plaintiff,                   )          No. 7:10-CV-130-KSF
                                     )
V.                                   )
                                     )          **JUDGMENT**
JUDGE JOSEPH M. HOOD,                )
                                     )
        Defendant.                   )

**        **        **        **        **

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)    Judgment is entered in favor of the Defendant, Honorable Joseph M. Hood, United States Senior District Judge.

(2)    This is a **FINAL** Judgment and there is no just cause for delay.

(3)    The Court **CERTIFIES** that any appeal would not be taken in good faith.

(4)    This matter **IS STRICKEN** from the Court's active docket.

This November 4, 2010.



Signed By:

**_Karl S. Forester_** KSF

**United States Senior Judge**